IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

UNITED STATES OF AMERICA

Plaintiff,

v.

JUSTIN OMAR LORICK,

Defendant.

Case No. 22-mj-08248 ADM

# CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT ONE

In or about and between February 2016 and September 2019, in the Republic of Italy, the Kingdom of Belgium, and elsewhere, the defendant,

### JUSTIN OMAR LORICK,

a citizen of the United States who is presently in the District of Kansas, attempted to and did travel in foreign commerce and reside temporarily and permanently in foreign countries, and engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f)(1) & (f)(3), with Victim 1, who was then under 18 years of age.

This was done in violation of Title 18, United States Code, Section 2423(c).

## STATEMENT OF FACTS

I, Tierney Rock, Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, hereby declare as follows:

1. I am a Special Agent assigned to the FBI San Francisco Field Office and have been so employed since January 2019. My investigative responsibilities are designated to the Crimes Against Children and Human Trafficking Unit (CACHTU). Since joining the FBI, I have investigated violations of federal law involving crimes against children, where I conduct a variety of investigations involving federal offenses of child pornography, child sex tourism, child prostitution, child abductions, and child sex trafficking, wherein children are victimized, or intended to be victimized. In the performance of my duties, I have gathered knowledge and experience in the area of criminal sexual exploitation of children through my investigative training, conversations with other FBI Agents and law enforcement officers, by speaking with victims of sexual exploitation, and through my involvement in assisting other experienced agents and law enforcement officers with prior investigations involving the illegal production, distribution, receipt, and possession of child pornography, to include the advertisement for, possession of, collection, production, receipt, and/or transportation of images of child pornography, and the sexual exploitation of children for commercial sex. I have participated in the execution of numerous federal and state search and arrest warrants, and the seizure of digital evidence concerning criminal offenses of child sexual exploitation and human trafficking.

2. I attained a Bachelor of Science degree in Criminal Justice, and I received law enforcement training from the FBI Academy at Quantico, Virginia. My training at the academy included developing knowledge of legal processes and procedures, investigative technology, interviewing techniques, evidence collection, source management, defensive tactics, and firearms

and tactical training. I have received training regarding how these techniques are associated with federal investigations, and I have become familiar with the methods used by people who commit offenses related to child sexual exploitation and sex trafficking. As it relates to child sexual exploitation investigations, I have reviewed thousands of examples of child pornography in all forms of media, including computer media and cellular devices. As it relates to human trafficking investigations, I have observed online prostitution advertisements, which are commonly used as a tactic for traffickers to promote commercial sex services. Prior to my assignment with the FBI, I was employed with the Jacksonville Sheriff's Office (JSO) in Florida for approximately six years. The positions I held with JSO include my assignments as a Court Bailiff, a Patrol Officer, and a Special Assault Detective with the investigative unit, in which I conducted sexual assault investigations.

## INTRODUCTION

3. The statements contained in this Affidavit are based in part on the following: Information provided to me by other FBI Special Agents; written reports about this and other investigations that I have received directly or indirectly from other law enforcement investigators; my involvement with this investigation; and my knowledge, training, and experience as a Special Agent with the FBI.

4. Because this Affidavit is being submitted for the limited purpose of obtaining a criminal complaint, I have not included each and every fact known to me that supports probable cause for arrest. Instead, I have set forth only the facts that I believe are necessary to support the lawful arrest of the individual listed in this Affidavit.

## PROBABLE CAUSE

5.      Between approximately February 2016 and approximately September 2019, JUSTIN OMAR LORICK (LORICK) knowingly engaged in sexual acts with Victim 1 while she was a minor under the age of 16 and produced and distributed visual depictions of Victim 1 engaging in sexually explicit conduct while she was a minor under the age of 18. There is probable cause to believe that LORICK violated Title 18, United States Code, Section 2423(c)—Engaging in Illicit Sexual Conduct in Foreign Places.

6.      During the dates specified in this affidavit, LORICK's spouse was employed as a civilian employee of the U.S. Department of Defense and LORICK accompanied his spouse outside the United States while she was so employed near Vicenza, Italy and Quaregnon, Belgium. LORICK is a civilian United States citizen; he is not an Italian or Belgian national nor does he ordinarily reside in Italy or Belgium.

7.      Between 2011 and 2020, LORICK was married to Victim 1's mother; LORICK resided with Victim 1 since she was approximately 10 years old. LORICK began sexually abusing Victim 1 in 2014, in or near Lawton, Oklahoma when Victim 1 was 13 years old and LORICK was 25 years old. LORICK began sexually abusing Victim 1 by kissing her and touching her breasts. Victim 1 reported that she and LORICK first engaged in "foreplay" while the two were naked in LORICK's room. This sexual abuse included LORICK touching Victim 1's genitals and having Victim 1 suck his penis. This sexual abuse progressed to LORICK penetrating Victim 1's vulva with his penis. Victim 1 stated "at first it would be really brief because it hurt."

8.      In February 2016, Victim 1's mother received an assignment as a civilian employee with the U.S. Department of Defense in Vicenza, Italy. Victim 1 and Victim 1's

mother moved to Vicenza, Italy in February 2016. On or about March 1, 2016, LORICK moved to Vicenza, Italy to reside with Victim 1 and Victim 1's mother.

9. While residing in Vicenza, Italy and when Victim 1 had not attained the age of 16 years, LORICK penetrated Victim 1's vulva with his penis. Victim 1 stated that, LORICK touched the "inside and outside" of her "private parts" with his fingers and his mouth. Victim 1 stated that she and LORICK had "sexual intercourse" multiple times in Italy before she attained the age of 16 years. Victim 1 stated that LORICK used his phone to record her sucking his penis in or near Vicenza, Italy when she was 15 years old.

10. In late 2018, Victim 1's mother received a new assignment with the U.S. Department of Defense in Belgium. LORICK, Victim 1's mother, and Victim 1 moved from Italy to Quaregnon, Belgium in or about December 2018.

11. Victim 1 reported that she and LORICK continued engaging in sexual acts after the family moved to Quaregnon, Belgium and that LORICK recorded videos of their sexual acts while she was under the age of 18 years. At LORICK's request, in or near Quaregnon, Belgium, Victim 1 recorded a video of her sucking LORICK's penis using LORICK's phone. On September 4, 2019, LORICK sent Victim 1 messages on a social media application, one of which contained a video of Victim 1 sucking LORICK's penis. These messages include the following:

| | | |
|---|---|---|
| LORICK: | | Anyway<br>About this video<br>Lmao [laughing my ass off] |
| Victim 1: | | Lmaoooo<br>Can you send it to me |
| LORICK:<br>[…]<br>LORICK: | | Lol [laughing out loud] ok<br><br>[sends a video clip of Victim 1 sucking his erect |

|  |  |
|---|---|
|  | penis] |
| Victim 1: | A R T |
| LORICK: | 🎉 [emoji for celebration]<br>You should record it more often lol<br>I can't stop watching it |
| Victim 1: | It's kinda aesthetic<br>Like on one of those Twitter pages<br>[…]<br>Aestheticporn |
| LORICK: | What do you like about it |
| Victim 1: | The curvature of my mouth in it it's just looks crisp the whole thing |
| LORICK: | That's it lol |
| Victim 1: | Your stuff looks nice too it really nice |
| LORICK: | Lol |
| Victim 1: | Idk [I don't know] its just something about it |
| LORICK: | Can we do more? |
| Victim 1: | 😬<br>Yea |
| LORICK: | Ok<br>Like from the back |
| Victim 1: | Wym [what you mean] |
| LORICK: | You recording while I hit from the back |
| Victim 1: | Oh yea<br>Can I see one of the older videos |
| LORICK: | On my computer<br>[…] |
| Victim 1: | I cant see them |
| LORICK: | Got them locked up |

|  |  |
|---|---|
|  | […] |
| Victim 1: | How come we dont try new stuff |
| LORICK: | Like what |
| Victim 1: | Like trying new stuff |
| LORICK: | Tell me |
| Victim 1: | Like new positions<br>Foreplay<br>[…]<br>Ima mastru rq [masturbating]<br>I didnt feel like spelling it out lol<br>Oops mastu |
| LORICK: | Send me a video of that |
| Victim 1: | We'll record when you 🍽 [emoji for eating] me next time<br>[…]<br>can u from the back |
| LORICK: | Do what? 👅? [emoji for licking]<br>[…] |
| Victim 1: | its a risk<br>theres no where to do it |
| LORICK: | I know<br>[…]<br>I want you badly rn [right now]<br>Even if it was a quickie 😩😩 |

12.  In September 2019, LORICK and Victim 1 exchanged hundreds of sexually explicit messages, including messages where LORICK states that Victim 1 is the "Only young person I've ever been with[,]" Victim 1 asks to see other videos, and LORICK states that he keeps videos of Victim 1 on a "flash drive[.]" LORICK sent Victim 1 numerous sexually explicit messages, including " I fuck you with my tongue"; "I'm gonna get a penis ring so when we

fucking it'll massage your clit too"; "Tongue fuck you while rubbing your clit"; and emojis indicating LORICK's desire to ejaculate on Victim 1's breasts.

13. On September 19, 2021, LORICK sent Victim 1 the following messages discussing a "sex tape" and hiding digital devices:

| | | |
|---|---|---|
| LORICK: | Put it in your room | |
| Victim 1: | What<br>The computer<br>Why? | |
| LORICK: | No the watch.<br>Hooked to my iMac<br>I have a sex tape on it | |
| Victim 1: | Of who | |
| LORICK: | YIOIU | |
| Victim 1: | Did someone see it<br>?? | |
| Lorick: | Nope | |
| Victim 1: | Ok then why | |
| Lorick: | Future | |
| Victim 1: | Y not take it off<br>Your not giving me any good answers<br>Did something happen<br>Why is mom crying | |

14. On or about September 19, 2019, Victim 1's mother discovered sexually explicit messages between LORICK and Victim 1 on a separate social media application. After Victim 1's mother discovered those messages, LORICK deleted the social media accounts he used to communicate with Victim 1, abandoned his vehicle at an airport in Brussels, Belgium, and fled to Kansas City, Kansas.

15. Since Victim 1's mother learned of LORICK's sexual abuse of her daughter, LORICK used "burner" phones and social media applications to send messages attempting to persuade Victim 1's mother to refuse to cooperate with efforts to investigate his criminal conduct. LORICK also sent messages to Victim 1's mother indicating that he "didn't want to live anymore and that he want[ed] to die."

16. Between an unknown date in 2020 and on or about November 1, 2022, LORICK resided in San Jose, California. On or about November 1, 2022, LORICK sent Victim 1's mother a message indicating that he relocated to Seattle, Washington. On November 5, 2022, your affiant received information that LORICK would be in Kansas City, Kansas for the Thanksgiving holiday. On November 14, 2022, FBI Agents initiated surveillance at LORICK's mother's residence on North 80th Terrace in Kansas City, Kansas. During surveillance, Agents observed a heavy-set black male with facial hair, who appeared to resemble LORICK; this individual walked in and out of the residence to take occasional smoke breaks.

## CONCLUSION

17. Based on the foregoing facts, I believe probable cause exists to support that between approximately February 2016 and approximately September 2019, JUSTIN LORICK, violated Title 18, United States Code, Section 2423(c) —Engaging in Illicit Sexual Conduct in Foreign Places.

*[signature]*
Special Agent Tierney Rock
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on November 15, 2022

_____
Honorable Angel D. Mitchell
United States Magistrate Judge
District of Kansas

## PENALTIES

**Count 1: 18 U.S.C. § 2423(c)**

- Punishable by a term of imprisonment of not more than thirty (30) years. 18 U.S.C. § 2423(c).

- A term of supervised release of not less than five (5) years. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A child pornography assessment not to exceed $50,000. 18 U.S.C. § 2259A(a)(3).

- Forfeiture.